UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80194-CIV-RYSKAMP/VITUNAC

LESIGER DUMERLUS, and all
other similarly situated individuals,

    Plaintiffs,

v.

MINTO COMMUNITIES, LLC, a Florida
Limited Liability Company and HARRY L.
POSIN, an individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT

    THIS CAUSE came before the Court upon receipt of the parties' Joint Motion for Approval of Settlement **(D.E. 44)**, which was filed on January 22, 2009. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*., as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties have filed a copy of the Settlement Agreement and General Release for the Court to review. After careful consideration of the document, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See Lynn's Food Stores, Inc.*, 679 F.2d at 1353. The parties have not yet executed the Settlement Agreement and General Release, however. Accordingly, it is hereby

2

ORDERED and ADJUDGED that the Motion For Approval of Settlement, filed January 22, 2009 **[DE 44]**, is GRANTED.  The Court will close this case upon receipt of an executed Settlement Agreement and General Release.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 26th day of January, 2009.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE